UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KRISTINE MOORE,

    Plaintiff,

v.                                          Case No:  2:15-cv-218-FtM-38MRM

ROBERT H. SMITH,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff Kristine Moore and Robert H. Smith's Joint Stipulation for Dismissal With Prejudice (Doc. #16) filed on July 28, 2015. Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order by filing "[a] stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Here, both parties have agreed to dismiss this case with prejudice under Rule 41(a)(1)(A)(ii), and have signed the stipulation.  (Doc. #16).

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Kristine Moore and Robert H. Smith's Joint Stipulation for Dismissal With Prejudice (Doc. #16) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(2) The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of July, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record